**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :   No. 153 MAL 2023

    Respondent       :

             :   Petition for Allowance of Appeal
             :   from the Order of the Superior Court

    v.           :

SEAN M. DONAHUE,       :

    Petitioner        :

COMMONWEALTH OF PENNSYLVANIA,  :   No. 154 MAL 2023

     Respondent      :

             :   Petition for Allowance of Appeal
             :   from the Order of the Superior Court

    v.           :

SEAN M. DONAHUE,       :

    Petitioner        :

COMMONWEALTH OF PENNSYLVANIA,  :   No. 155 MAL 2023

     Respondent      :

             :   Petition for Allowance of Appeal
             :   from the Order of the Superior Court

    v.           :

SEAN M. DONAHUE,       :

    Petitioner        :

COMMONWEALTH OF PENNSYLVANIA,  :   No. 156 MAL 2023

     Respondent      :

             :   Petition for Allowance of Appeal
             :   from the Order of the Superior Court

    v.           :

SEAN M. DONAHUE,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 157 MAL 2023

    Respondent

    Petition for Allowance of Appeal
    from the Order of the Superior Court

    v.

SEAN M. DONAHUE,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 158 MAL 2023

    Respondent

    Petition for Allowance of Appeal
    from the Order of the Superior Court

    v.

SEAN M. DONAHUE,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 159 MAL 2023

    Respondent

    Petition for Allowance of Appeal
    from the Order of the Superior Court

    v.

SEAN M. DONAHUE,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 160 MAL 2023

    Respondent

|  | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
|  | : | |
|  | : | |
| SEAN M. DONAHUE, | : | |
|  | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 12th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.